**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 VLADY VELOZ,

                          Plaintiff,                    25 **CIVIL** 4644 (JGLC)(JCM)

           -v-                                                  **JUDGMENT**


FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated March 3, 2026, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings.

**Dated:**  New York, New York

          March 5, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**


                              **BY:**          K. mango
                                        _____
                                             **Deputy Clerk**